## UNITED STATES of America, Plaintiff–Appellee,

v.

## William SHORTER, Jr., Defendant–Appellant.

### No. 02–7783.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

William Shorter, Jr., Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Shorter, Jr., filed an appeal on July 17, 2002, in a district court case in which he challenges his sentence. The notice of appeal does not identify an order from which he appeals. We have examined the notice of appeal and the record in the district court action and find no underlying order to review. We therefore dismiss the appeal. We deny all Shorter's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*